**UNITED SDRONES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **UNITED SDRONES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 2:26-CR-024-Z** |
| | § | |
| **TAVARUS TYWANE DRONE** | § | |

**FIRST MOTION FOR CONTINUANCE**
**OF TRIAL AND PRETRIAL DEADLINES**

Defendant Tavarus Tywane Drone("Drone") respectfully moves this Court for continuance of the trial and pretrial deadlines in this case, and in support presents the following:

1. Drone is charged in a five-count Indictment alleging a violation of: 1) 21 U.S.C. § 846 Conspiracy to Distribute or Possess with Intent to Distribute 500 Grams or More of Methamphetamine; 2) 21 U.S.C. §§ 84l(a)(l), 84l(b)(l)(B)(viii) Possession with Intent to Distribute 50 Grams or More of Methamphetamine; 3) 21 U.S.C. §§ 84l(a)(l), 84l(b)(l)(A)(viii) Possession with Intent to Distribute 500 Grams or More of Methamphetamine; 4) 21 U.S.C. §§ 84l(a)(l), 84l(b)(l)(B)(ii) Possession with Intent to Distribute 500 Grams or More of Cocaine; 5) 21 U.S.C . §§ 84l(a)(l), 84l(b)(l)(B)(vi) Possession with Intent to Distribute 40 Grams of More of Fentanyl.

2. Pretrial motions are due on March 16, 2026, and trial is scheduled for Monday, April 6, 2026.

3. The Defense has received discovery and needs additional time to review the same. Defense will further need additional time to meet with Drone and discuss this case to determine whether or not a trial is necessary and which, if any, pretrial motions need to be filed in this case. Mr. Drone requests a continuance of trial and pretrial deadlines of approximately 30 days.

4. Should the Court grant the requested continuance, the defense agrees that any period of delay resulting therefrom, made necessary by this request for continuance, shall be excludable

under 18 U.S.C. § 3161(h)(7)(A). Additionally, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

5. Undersigned counsel has consulted with Assistant United States Attorney Jeffrey R. Haag regarding this motion, and he is not opposed to the requested continuance.

WHEREFORE, Drone respectfully requests that this Court continue the trial and extend the pretrial deadlines in accordance with the new trial date to allow defense counsel and government adequate time to prepare for trial, should it be necessary, and sufficient time for defense counsel to discuss these matters with Drone.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

/s/ *C.J. McElroy*
C.J. MCELROY
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 13581995
600 South Tyler St., Suite 2300
Amarillo, Texas 79101
Tel: (806) 324-2370
Fax: (806) 324-2372

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with AUSA Jeffrey R. Haag and confirmed that the government is not opposed to this request.

/s/ *C.J. McElroy*

C.J. MCELROY


**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ *C.J. McElroy*

C.J. MCELROY