JUL 15 2026 PM3:29
FILED - USDC - NDTX - AM

# Herrmann & Archer

## Attorneys at Law

801 S. Fillmore, Ste 710
Amarillo, Texas 79101

PHONE: 844-TEX WEED
844-839-9333
TEXT: 806-591-3377
FAX: 806-372-8444

July 15, 2026

Honorable Matthew Kacsmaryk                              VIA HAND DELIVERY FILE
United States District Judge
205 SE 5th Ave.
Amarillo, TX 79101

### RE: U.S.A v. Tavarus Tywane Drone 2:26-CR-024-Z-BR-(1)

Dear Judge Kacsmaryk:

Please find enclosed a usb flash drive containing the following:

1) Defendant's Motion to Suppress; and
2) Exhibit 1- redacted I.R. #20260501487; and
3) Exhibit 2 – Officer Body Warn Cam – arrest

If you have any questions or if I may be of any assistance, please do not hesitate to contact my office

_____              _____

Received by:                                  Date:

Respectfully Submitted,

*/s/ Paul Herrmann*
Paul Herrmann

PH/tr

*Paul Herrmann*
*Board Certified Criminal Law*
*Licensed in Texas*

*Natalie Archer*
*Licensed in*
*Texas*