IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **United States of America,**<br>Plaintiff,<br>v.<br><br>**Tavarus Tywane Drone,**<br>Defendant. | No. 2:26-cr-00024-Z-BR<br><br>**Amended Motion to Withdraw as Counsel** |

## AMENDED MOTION TO WITHRAW AS COUNSEL

Counsel for Defendant TAVARUS TYWANE DRONE ("Drone") asks this Court to allow counsel to withdraw as counsel of record and appoint new counsel for defendant. In support of this Motion, Counsel for Defendant shows the Court the following:

1. Defendant is set for the following court dates in this matter: Motion to Suppress on September 29, 2026.
2. Counsel for Defendant is the judge elect for Randall County Court at Law No. 1 and will take the bench on January 1, 2027.
3. Counsel for Defendant will be attending the College for new Judges week of December 7, 2026 through December 11, 2026.

4. This case will be a trial.
5. Counsel for Defendant and law firm partner, Natalie Archer, have over one-hundred twenty (120) active cases and must be disposed of by December 5, 2026. This firm cannot provide the time the defendant deserves in his case.
6. The defendant will need new counsel to adequately prepare for his defense.
7. Pursuant to Local Rule 57.12, Defendant is currently incarcerated at the Randall County Jail located at 9100 S. Georgia St in Amarillo, TX 79118. The defendant's SO number is 65616, and phone number 806-468-5752.
8. On this date, Counsel visited with Defendant, who does not oppose to this motion as evidence by his signature below.
9. A copy of this motion was hand delivered to defendant.
10. Counsel spoke to the attorney for the Government who has no objection to the withdrawal.

## Prayer

This withdrawal is not for delay but so that Defendant may obtain counsel who can adequately prepare for the defense in this matter.

Dated: September 10, 2026.

THE HERRMANN AND ARCHER LAW FIRM, PLLC

BY: s/ Paul Herrmann
Paul Herrmann
SBN 09541810
801 S. Fillmore, Ste. 710
Amarillo, TX 79101
Telephone: (806) 342-4242
Fax: (806) 372-8444
Email: bustedintexas@gmail.com
**ATTORNEY FOR DEFENDANT**
**TAVARUS TYWANE DRONE**

## CERTIFICATE OF CONFERENCE

I certify that a conference on the attached motion was held on September 10, 2026, between the undersigned and Jeffrey Haag, Assistant United States Attorney. During the conference, it was determined that the Government does not oppose the motion.

s/ Paul Herrmann
Paul Herrmann

## CERTIFICATE OF CONFERENCE – DEFENDANT

On September 10, 2026, I conferred with Defendant Tavarus Tywane Drone, and he

APPROVES ✓ OPPOSES ________

This motion to withdraw as counsel.

____________________
Paul Herrmann
Withdrawing Counsel

____________________
Tavarus Tywane Drone
Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent to the United States Attorney's office by electronic transmission on the 10th day of September, 2026.

s/ Paul Herrmann
Paul Herrmann